# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

JOSHUA E. SMITH             )
                           )
v.                          ) NO. 3-14-2003
                           ) JUDGE CAMPBELL
STATE OF TENNESSEE, et al.    )

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 35), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant Baltimore's[1] Motion to Dismiss (Docket No. 18) is GRANTED. Plaintiff's federal claims are DISMISSED with prejudice, and Plaintiff's state law claims are DISMISSED without prejudice.

Any other pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                _Todd Campbell_
                                TODD J. CAMPBELL
                                UNITED STATES DISTRICT JUDGE

---

[1] Defendants State of Tennessee, Metro Police Department South Precinct, and General Sessions Court were dismissed by prior Order of the Court. Docket No. 7. There is no record that Defendants Korener and Ransom have been served.